# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-01462-RM-NYW

**SHAWN MESS, TIMOTHY MOSS, AND COREY REEVES**,
individually and on behalf of all others similarly situated,

Plaintiffs,

**v.**

**AQUILA SERVICES CORPORATION**,

Defendant.

## NOTICE OF SETTLEMENT

Defendant Aquila Services Corporation ("Defendant") and Plaintiffs Shawn Mess, Timothy Moss, and Corey Reeves ("Plaintiffs") (collectively, "Parties") hereby notify the Court that they have reached a settlement in this action. The settlement agreement will address class and collective administration matters. The parties anticipate the settlement agreement will be finalized within forty-five (45) days of this notice, and the parties anticipate filing a motion for preliminary approval of the settlement pursuant within sixty (60) days of this notice.

Respectfully submitted on this day, November 12, 2021.

| | |
|---|---|
| *s/Adam M. Harrison* | *s/ Micah D. Dawson* |
| Adam M. Harrison | Micah D. Dawson |
| Claire E. Hunter | FISHER & PHILLIPS LLP |
| Shelby Woods | 1125 17th Street, Suite 2400 |
| HKM Employment Attorneys LLP | Denver, CO 80202 |
| 730 17th Street, Suite 750 | Telephone: 303-218-3665 |
| Denver, Colorado 80202 | Facsimile: 303-218-3651 |
| 720.255.0370 | mdawson@fisherphillips.com |

aharrison@hkm.com
chunter@hkm.com
swoods@hkm.com

**Attorneys for Plaintiffs**

Jason M. Spitalnick
Michael J. Gates
FOSTER GRAHAM MILSTEIN &
CALISHER, LLP
360 South Garfield St., 6th Floor
Denver, CO  80209
Telephone:  303-333-9810
jspitalnick@fostergraham.com
mgates@fostergraham.com

**Attorneys for Defendant**

FP 42267267.1

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day, November 12, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Adam M. Harrison
Claire E. Hunter
Shelby Woods
HKM Employment Attorneys LLP
730 17th Street, Suite 750
Denver, Colorado 80202
720.255.0370
aharrison@hkm.com
chunter@hkm.com
swoods@hkm.com

*Attorneys for Plaintiffs*

                                                 *s/ Carolyn Cook*
                                                 Carolyn Cook
                                                 for FISHER & PHILLIPS LLP